No. 75–5377.   Peters v. Crain Bros., Inc.   C. A. 3d Cir.   Certiorari denied.   ▮

No. 75–5388.   Horne v. Estelle, Corrections Director.   C. A. 5th Cir.   Certiorari denied.

No. 75–5389.   Tye v. United States.   C. A. 10th Cir. Certiorari denied.   ▮

No. 75–5392.   Bunkers v. United States.   C. A. 9th Cir.   Certiorari denied.   ▮

No. 75–5397.   Wallace v. United States.   C. A. 4th Cir.   Certiorari denied.

No. 75–5404.   Toda v. Tanaka.   Sup. Ct. Haw.   Certiorari denied.

No. 75–5405.   Roundtree v. Virginia.   Sup. Ct. Va. Certiorari denied.

No. 75–5406.   Foye v. LaVallee, Corrrectional Superintendent.   C. A. 2d Cir.   Certiorari denied.   ▮

No. 75–5407.   Ristau v. Henderson, Correctional Superintendent.   C. A. 2d Cir.   Certiorari denied.

No. 75–5409.   Burdeau v. Trustees of the California State Colleges et al.   C. A. 9th Cir.   Certiorari denied.   ▮

No. 75–5412.   Mills v. Muscogee County Superior Court, Columbus, Ga.   C. A. 5th Cir.   Certiorari denied.

No. 75–5415.   Flores et al. v. Estelle, Corrections Director.   C. A. 5th Cir.   Certiorari denied.   ▮